IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JOHNSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID DIGUGLIELMO, et al., | : | NO. 04-CV-2121-LDD |
| Respondents. | : | |

**ORDER**

AND NOW, this 7th day of October, 2005, upon consideration of the petition for Writ of

Habeas Corpus Under 28 U.S.C. § 2254, and after review of the Report and Recommendation of the

United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation (Doc. No. 15) is APPROVED and ADOPTED;

2. The Petition for a writ of habeas corpus (Doc. No. 1) is DENIED with prejudice.

3. There is no basis for the issuance of a certificate of appealability.


                                                    BY THE COURT


                                                      /s/
                                                    LEGROME D. DAVIS, J.